## UNITED STATES
### v.
## TOUSSAINT POTHIER AND GERMAIN POTHIER

### 1807

#### JOURNAL ENTRIES

1. Declaration filed . . . . . . . . . . *Journal, infra,* *p. 59
2. Rule for special bail; special bail entered . . . . . . "    84
3. Plea filed . . . . . . . . . . . . . "    86
4. Postponement . . . . . . . . . . . . "    128
5. Agreed case; judgment . . . . . . . . . . "    172
6. Petition ordered transmitted . . . . . . . . . "    330

## PAPERS IN FILE

1. Capias and return . . . . . . . . . . •  . . . .
2. Declaration . . . . . . . . . . . . *Printed in Vol. 2*
3. Bond conditioned that goods be exported . . . . . . .
4. Plea of performance . . . . . . . . . . "
5. Replication . . . . . . . . . . . . "
6. Fieri facias . . . . . . . . . . . . . .
7. Petition that court recommend exoneration . . . . . . .